IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY DAVIE, JR.,
ADC #134562                                                                                          PETITIONER

5:09CV00358 HLJ

LARRY NORRIS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner has filed a petition for a writ of habeas corpus. Petitioner's attorney is directed to serve a copy of the petition (if not already served) and this order on the respondent. Respondent will answer the petition within twenty (20) days after service of the petition and this Order.

IT IS SO ORDERED this 18th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE