IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY DAVIE, JR.                                                                                    PETITIONER

Case No. 5:09CV00358-JMM-JTK

RAY HOBBS,[1] Director
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 22nd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1]Substituted for former Director Larry Norris pursuant to Fed. R. Civ. P. 25(d).