IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY DAVIE, JR.                                                                     PETITIONER

Case No. 5:09CV00358-JMM-JTK

RAY HOBBS,[1] Director
Arkansas Department of Correction                                              RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 22nd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1]Substituted for former Director Larry Norris pursuant to Fed. R. Civ. P. 25(d).